**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 8:14-cv-00775-SDM-AAS ) ) |
| STAFFING CONCEPTS NATIONAL, INC. et al, | ) ) ) |
| Defendants. | ) ) |

**ZURICH'S FIRST MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT**

Plaintiff Zurich American Insurance Company ("Zurich"), by and through its attorneys Locke Lord LLP, pursuant to Fla. Stat. § 77.03, moves this Court for the issuance of a Writ of Garnishment as to garnishee Cohesive Networks, Inc. ("Cohesive"). As grounds for this motion, Zurich states as follows:

1. Zurich obtained a judgment against Defendant Leasing Resources of America 4, Inc. ("LRA4") on July 21, 2017 in the amount of $2,801,212. (ECF No. 173.) The full amount of the judgment remains due and owing. Interest continues to accrue on the amounts due at the federal statutory rate.

2. This motion relates to monies that are due and owing to LRA4 under an asset purchase agreement (the "Agreement") entered into between LRA4 and Cohesive. On information and belief, Cohesive has a debt due to LRA4 under the Agreement.

3. On January 1, 2016, LRA4 entered into the Agreement with Cohesive pursuant to which Cohesive agreed to make monthly payments to LRA4 for a period of thirty-six (36) consecutive months commencing on January 15, 2016 and ending on December 15, 2018. (*See*

Ex. A at 6.)

4. The monthly payments are calculated pursuant to a formula contained in the Agreement. (*Id.*) Historically, applying the formula, the monthly payments have ranged from a high of $38,128 to a low of $18,684. (*See* Ex. B.)

5. On information and belief, Cohesive currently owes LRA4 for the monthly payments that are due for September 2017 and October 2017. (*Id.*) Cohesive will owe additional monthly payments to LRA4 for November 2017, December 2017, and for the twelve months spanning from January 2018 through December 2018.

## REQUEST FOR GARNISHMENT

6. A money judgment is enforceable by a writ of garnishment, and the writ must comply with the law of the state where the Court is located. Fed. R. Civ. P. 69(a)(1).

7. Under Fla. Stat. § 77.01, "[e]very person or entity who has . . . recovered judgment in any court against any person or entity has a right to a writ of garnishment" with respect to "any debt due to defendant by a third person . . . ."

8. After judgment has been entered against a defendant, a plaintiff may file a motion stating the amount of the judgment and requesting issuance of a writ of garnishment, as Zurich has done here.

9. There is no pending stay of Zurich's right to proceed with efforts to enforce its judgment.

10. Accordingly, Zurich asks that this Court enter an Order granting this Motion and issuing a Writ of Garnishment as to garnishee Cohesive Networks, Inc., c/o Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301. A proposed writ is attached as Exhibit C.

Dated:  November 7, 2017

ATTORNEYS FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY

 /s/  Julie L. Young

Elizabeth J. Campbell
Florida Bar Number 0027916
ecampbell@lockelord.com
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia  30305
Telephone: (404) 870-4679

Steven T. Whitmer (*pro hac vice*)
swhitmer@lockelord.com
Julie L. Young (*pro hac vice*)
jyoung@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 443-0254

## LOCAL RULE 3.01(g) CERTIFICATION

   Before filing this motion, counsel for Plaintiff conferred with counsel for LRA4 in a good faith effort to resolve the issues raised by this motion. LRA4 does not consent to the relief requested in this motion.

                       /s/ Julie L. Young

**CERTIFICATE OF SERVICE**

  I, Julie L. Young, an attorney, hereby certify that I served a copy of the foregoing ZURICH'S FIRST MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT on all counsel of record through the ECF system on this 7th day of November, 2017.

            /s/ Julie L. Young

            Elizabeth J. Campbell
            Florida Bar Number 0027916
            ecampbell@lockelord.com
            LOCKE LORD LLP
            Terminus 200, Suite 1200
            3333 Piedmont Road NE
            Atlanta, Georgia  30305
            Telephone: (404) 870-4679
            Facsimile: (404) 806-5679

            Steven T. Whitmer (*pro hac vice*)
            swhitmer@lockelord.com
            Julie L. Young (*pro hac vice*)
            jyoung@lockelord.com
            LOCKE LORD LLP
            111 South Wacker Drive
            Chicago, Illinois  60606
            Telephone: (312) 443-0254
            Facsimile: (312) 896-6254