| **2016 Due to/from LRA4** | |
|---|---|
| | |
| | |
| **Commissions due to LRA4** | **CNI** |
| | |
| Jan LRA4 Fees | $ (31,759.15) |
| Feb LRA4 Fees | $ (29,819.25) |
| March LRA4 Fees | $ (26,695.27) |
| April LRA4 Fees | $ (32,403.45) |
| May LRA4 Fees | $ (27,568.18) |
| June LRA4 Fees | $ (29,205.99) |
| July LRA4 Fees | $ (38,128.01) |
| Aug LRA4 Fees | $ (33,426.65) |
| Sept LRA4 Fees | $ (31,105.44) |
| Oct LRA4 Fees | $ (24,632.13) |
| Nov LRA4 Fees | $ (33,900.69) |
| Dec LRA4 Fees | $ (25,172.07) |
| | |
| | |
| | |
| **Total** | **$ (363,816.28)** |

## 2017 Due to/from LRA4

| Commissions due to LRA4 | CNI |
|---|---|
| Jan LRA4 Fees | $ (20,759.53) |
| Feb LRA4 Fees | $ (19,289.04) |
| March LRA4 Fees | $ (23,209.65) |
| April LRA4 Fees | $ (18,684.80) |
| May LRA4 Fees | $ (19,548.74) |
| June LRA4 Fees | $ (23,190.01) |
| July LRA4 Fees | $ (19,587.82) |
| Aug LRA4 Fees | $ (22,773.65) |
| Sept LRA4 Fees | |
| Oct LRA4 Fees | |
| Nov LRA4 Fees | |
| Dec LRA4 Fees | |
| | |
| Total | $ (167,043.24) |