**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STAFFING CONCEPTS NATIONAL, INC. et al, )<br>)<br>Defendants. ) | Case No. 8:14-cv-00775-SDM-AAS |

**WRIT OF GARNISHMENT**

    **YOU ARE COMMANDED** to summon the Garnishee, Cohesive Networks, Inc., c/o its Registered Agent, Corporation Service Company, 1201 Hays Street, Tallahassee, Florida 32301, to serve an answer to this writ on Locke Lord LLP, Plaintiff's attorneys, whose address is 525 Okeechobee Boulevard, Suite 1600, West Palm Beach, Florida 33401, within 20 days after service on the Garnishee, exclusive of the day of service, and to file the original with the Clerk of this Court either before service on the attorney or immediately thereafter, stating whether the Garnishee is indebted to Defendant Leasing Resources of America 4, Inc., located at 4224 Henderson Boulevard, Tampa, Florida 33629, who, upon information and belief, is the holder of an Asset Purchase Agreement made by Garnishee, at the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant Leasing Resources of America 4, Inc. the Garnishee is in possession or control of at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the Garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any property of the Defendant. The amount owed to Plaintiff as set in Plaintiff's motion is for $2,801,212, plus statutory interest.

Dated on _____, 2017    By: _____

                                                                               Clerk of Court, Deputy Clerk