IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 8:14-cv-00775-SDM-AAS<br>)<br>) |
| STAFFING CONCEPTS NATIONAL INC. et al, | )<br>)<br>) |
| Defendants. | ) |

## ZURICH'S MOTION FOR
## FINAL JUDGMENT IN GARNISHMENT

Plaintiff Zurich American Insurance Company ("Zurich"), by its undersigned attorneys, pursuant to Florida Stat. § 77.083, moves this Court for the entry of a final judgment in garnishment as to garnishee Wells Fargo Bank, National Association ("Wells Fargo") in the amount of $26,575.78. As grounds for this motion, Zurich states as follows:

1. Zurich obtained a judgment against Defendant Leasing Resources of America 4, Inc. ("LRA4") on July 21, 2017 in the amount of $2,801,212. (ECF No. 173.) The full amount of the judgment remains due and owing. Interest continues to accrue on the amounts due at the federal statutory rate.

2. On November 29, 2017, this Court issued a Writ of Garnishment as to Wells Fargo (the "Writ") garnishing the proceeds of any bank account held at Wells Fargo by LRA4. (*See* ECF No. 231.)

3. On December 5, 2017, Wells Fargo answered the Writ stating that "Garnishee may be indebted to Defendant(s), 'Leasing Resources of America 4, Inc.' in the amount of $26,575.78 by virtue of an account(s)" for LRA4. (*See* ECF No. 238.)

4.      On December 5, 2017, Zurich served the Answer and Notice of Right to Dissolve the Writ on LRA4 at its last known addresses. (*See* ECF No. 239.)

5.      More than twenty days have passed since Zurich served the Answer and Notice. LRA4 has not filed a motion to dissolve the Writ pursuant to Florida Stat. § 77.055. No party has filed a reply to the Writ pursuant to Florida Stat. § 77.061.

6.      On December 21, 2017, LRA4 moved to stay garnishment and other enforcement proceedings pending appeal. (ECF No. 251.) Zurich filed its response in opposition to LRA4's motion on January 4, 2018, demonstrating why the stay should be denied given LRA4's failure to post a supersedeas bond. (*See* ECF No. 255.)

7.      In these circumstances, Florida Stat. § 77.083 provides that "Judgment against the garnishee on the garnishee's answer . . . shall be entered for the amount of his or her liability as disclosed by the answer . . . ."

WHEREFORE, Zurich asks that the Court grant this motion and enter a final judgment in garnishment against Wells Fargo in the amount of $26,575.78.

Dated: January 5, 2018

ATTORNEYS FOR PLAINTIFF ZURICH AMERICAN INSURANCE COMPANY

/s/ Julie L. Young

Elizabeth J. Campbell
Florida Bar Number 0027916
ecampbell@lockelord.com
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia 30305
Telephone: (404) 870-4679
Facsimile: (404) 806-5679

Steven T. Whitmer (*pro hac vice*)
swhitmer@lockelord.com

                              Julie L. Young (*pro hac vice*)
                              jyoung@lockelord.com
                              LOCKE LORD LLP
                              111 South Wacker Drive
                              Chicago, Illinois  60606
                              Telephone: (312) 443-0254
                              Facsimile: (312) 896-6254

## **LOCAL RULE 3.01(g) CERTIFICATION**

      Before filing this motion, counsel for Plaintiff conferred with counsel for Defendants in a good faith effort to resolve the issues raised by this motion.  Defendants oppose the motion.

      /s/ Julie L. Young

## CERTIFICATE OF SERVICE

I, Julie L. Young, an attorney, hereby certify that I served a copy of the foregoing ZURICH'S MOTION FOR FINAL JUDGMENT IN GARNISHMENT on all counsel of record through the ECF system on this 5th day of January, 2018.

/s/ Julie L. Young

Elizabeth J. Campbell
Florida Bar Number 0027916
ecampbell@lockelord.com
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia  30305
Telephone: (404) 870-4679
Facsimile: (404) 806-5679

Steven T. Whitmer (*pro hac vice*)
swhitmer@lockelord.com
Julie L. Young (*pro hac vice*)
jyoung@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 443-0254
Facsimile: (312) 896-6254