UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ZURICH AMERICAN
INSURANCE COMPANY,

    Plaintiff,

v.                                   CASE NO. 8:14-cv-775-T-23AAS

STAFFING CONCEPTS
NATIONAL, INC., et al.,

    Defendants.
_____/

## **ORDER**

    The May 14, 2018 order (Doc. 296) is **VACATED**. In accord with the parties' agreement (Doc. 295), the writ of garnishment (Doc. 235) against Cohesive Networks is **DISSOLVED**. The clerk is directed to remove the action from the June 2018 trial calendar and to close the case.

    ORDERED in Tampa, Florida, on May 16, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE