# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 8:14-cv-00775-SDM-AAS<br>)<br>) |
| STAFFING CONCEPTS NATIONAL INC. et al, | )<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF LIMITED SATISFACTION OF JUDGMENT

Now comes Plaintiff Zurich American Insurance Company, by its attorneys, and hereby acknowledges satisfaction of judgments entered on July 21, 2017 and January 26, 2018, solely with respect to Defendants Leasing Resources of America 2, Inc., Leasing Resources of America 3, Inc., Leasing Resources of America 4, Inc., LRA Global HR, Inc., and LRA HR Outsourcing, Inc.

Dated:  December 31, 2020         LOCKE LORD LLP

                                            By /s/ *Julie L. Young*
                                              Attorneys For Plaintiff
                                              Zurich American Insurance Company

Elizabeth J. Campbell
Florida Bar Number 0027916
ecampbell@lockelord.com
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia  30305
Telephone: (404) 870-4679
Facsimile: (404) 806-5679

Steven T. Whitmer (*pro hac vice*)
swhitmer@lockelord.com
Julie L. Young (*pro hac vice*)
jyoung@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 443-0254
Facsimile: (312) 896-6254

## CERTIFICATE OF SERVICE

I, Julie L. Young, an attorney, hereby certify that I served a copy of the foregoing Notice on all counsel of record through the ECF system on this 31st day of December, 2020.

By: /s/ *Julie L. Young*

Elizabeth J. Campbell
Florida Bar Number 0027916
ecampbell@lockelord.com
LOCKE LORD LLP
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, Georgia  30305
Telephone: (404) 870-4679
Facsimile: (404) 806-5679

Steven T. Whitmer (*pro hac vice*)
swhitmer@lockelord.com
Julie L. Young (*pro hac vice*)
jyoung@lockelord.com
LOCKE LORD LLP
111 South Wacker Drive
Chicago, Illinois  60606
Telephone: (312) 443-0254
Facsimile: (312) 896-6254